against Harry Schaefer. C. G. F. Wahle, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE v. SCHIFF et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against Julius L. Schiff and another. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. SCHOCH. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Proceeding by the People of the State of New York against Will E. Schoch. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 152 N. Y. Supp. 1134.

PEOPLE, Respondent, v. SCHOCH, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Proceeding by the People of the State of New York against Will E. Schoch. C. L. Jordan, of New York City, for appellant. R. S. Johnstone, of New York City, for respondent. No opinion. Judgment affirmed. Orders filed. See, also, 152 N. Y. Supp. 1134.

PEOPLE v. SERAGO. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Proceeding by the People of the State of New York against one Serago. No opinion. Motion granted. Order filed.

PEOPLE v. SINNOTT. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against Daniel Sinnott. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Proceeding by the People of the State of New York against Agnes Smith. C. L. Jordan, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 152 N. Y. Supp. 1132.

PEOPLE v. SPORANZA. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Proceeding by the People of the State of New York against James Sporanza. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. STADLEMAN et al. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Proceeding by the People of the State of New York against John G. Stadle-man and Augusta Stadleman. No opinion. Judgment of conviction of the County Court of Dutchess County affirmed.

PEOPLE v. STAGG. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against Sylvester Stagg. No opinion. Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. SYLVESTRO, Appellant. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Proceeding by the People of the State of New York against Angelino Sylvestro. H. J. Block, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 163 App. Div. 895, 147 N. Y. Supp. 1133.

PEOPLE v. UEBELMESSER. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Proceeding by the People of the State of New York against Charles R. Uebelmesser. No opinion. Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. VON SCHLENCZYNSKI, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Proceeding by the People of the State of New York against Josef von Schlenczynski. H. G. Gray, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE v. WILDNER. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Proceeding by the People of the State of New York against Harry Wildner. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. WILLBRANDT, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Proceeding by the People of the State of New York again Selma Willbrandt. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default. See, also, 151 N. Y. Supp. 1137.

PEOPLE, Respondent, v. WILLBRANDT, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Proceeding by the People of the State of New York against William Willbrandt. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default. See, also, 151 N. Y. Supp. 1137.

PEOPLE, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Proceeding by the People of the State of New York against Bertha Williams. No opinion. Motion granted.